IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:15-MC-46 |
| | ) | |
| EMANUEL A. HARRELL, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on October 30, 2015, was served on the parties in this action. (Doc. 6.) No objections were filed. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Petition to enforce an IRS Summons, (Doc. 1), is **GRANTED** and respondent Emanuel Harrell shall obey and fully comply with the summons by producing to IRS Revenue Officer Elisa D'Amato, or any other person designated by the IRS, all books, records, papers, and other data that are demanded by the summons and that are in his possession, custody, or control, within three weeks from the date of this Order.

**IT IS FURTHER ORDERED** that the respondent Emanuel Harrell shall fully comply with the summons by contacting IRS Revenue Officer Elisa D'Amato, or any other person designated by the IRS, to schedule his interview at a mutually agreeable

time, to take place after the production of records described above, but by no later than December 31, 2015, and that respondent shall appear at such interview.

**IT IS FURTHER ORDERED** that the United States Marshal for this District serve a copy of the Order on Respondent Emanuel Harrell, within 14 days of the date of this Order.

Respondent Emanuel Harrell is advised that failure to comply with this Order subjects him to the contempt powers of the Court, which penalties and consequences may include incarceration.

This the 24th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE